

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Dustin Wayne Glenn v. The State of Texas

Appellate case number:   01-13-00640-CR, 01-13-00641-CR

Trial court case number: 12CR2237, 12CR2238

Trial court:             405th District Court of Galveston County, Texas


      Appellant, Dustin Wayne Glenn, has filed a motion to consolidate the above-referenced appeals and cause numbers 01-14-00042-CR and 01-14-00195-CR, contending that "it appears that all grounds for appeal are similar." In cause numbers 01-13-00640-CR and 01-13-00641-CR, Glenn appeals from judgments of convictions for aggravated assault with a deadly weapon. In cause numbers 01-14-00042-CR and 01-14-00195-CR, Glenn appeals from the trial court's denial of his applications for writs of habeas corpus. We deny the motion to consolidate.

      It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                ☑ Acting individually     ☐ Acting for the Court


Date:  June 10, 2014